UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                     Case Number 10-20392
                                                      Honorable David M. Lawson

v.

MOUNIF ZEAITER,

        Defendant.

_____/

## ORDER APPROVING APPLICATION TO AUTHORIZE FUNDS FOR EXPERT SERVICES FOR COURT-APPOINTED INTERPRETER

The matter is before the Court on the defendant's *ex parte* application to authorize funds for expert services for the Court-appointed interpreter. The defendant is charged with attempt and conspiracy to commit bank fraud. On December 14, 2011, the Court appointed the Federal Defender Office to represent the defendant, and thereafter Jerome Sabbota, a panel attorney appointed under the Criminal Justice Act, filed an appearance on behalf of the defendant on December 15, 2011. Mr. Sabbota asserts that the defendant is not fluent in English, and the Court has appointed an Arabic interpreter for the defendant's arraignment and January 23, 2012 motion hearing. The Court-appointed interpreter also has met with Mr. Sabbota and the defendant on several occasions, billing $476.66 to date. The defendant, anticipating that the total cost of an interpreter for trial will exceed $800, asks the Court to authorize funds in excess of $800 for that purpose.

Appointed counsel may not expend more than $800 on expert services without seeking court approval. 18 U.S.C. § 3006A(e)(2). Appointed counsel may exceed the $800 threshold for expert services by filing an *ex parte* application that demonstrates the services are necessary for adequate representation and that the defendant is financially unable to obtain them. 18 U.S.C. § 3006A(e)(1).

The Court finds that an interpreter is necessary to ensure adequate representation and that the defendant cannot afford those services. Therefore, the Court will approve the defendant's application and authorize the defendant to expend an additional $630 plus mileage for an interpreter's services.

Accordingly, it is **ORDERED** that the defendant's *ex parte* application to authorize funds for expert services for the Court-appointed interpreter [dkt. #91] is **APPROVED**.

It is further **ORDERED** that the defendant may expend an additional $630 plus mileage for an interpreter's services. The total costs may not exceed $1,104.66 plus mileage.

s/David M. Lawson  
DAVID M. LAWSON  
United States District Judge

Dated: June 4, 2012

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 4, 2012.

s/Deborah R. Tofil  
DEBORAH R. TOFIL