UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Case Number 10-20392
                                          Honorable David M. Lawson

v.

MAJED TAWBE,

        Defendant.

_____/

## ORDER GRANTING GOVERNMENT'S MOTION TO REVOKE CITIZENSHIP, CANCELLING CERTIFICATE OF NATURALIZATION, REQUIRING NOTIFICATION AND SURRENDER OF CERTIFICATE, ORDERING ADDITIONAL BRIEFS, AND ADJOURNING SENTENCE

Defendant Majed Tawbe was convicted by a jury of procuring naturalized citizenship by fraud, contrary to 18 U.S.C. § 1425(a), and other fraud offenses. The matter came on for sentencing on April 8, 2013. The matter also came before the Court at that time on the government's motion to revoke citizenship. The Court determined that it requires additional information to calculate the loss amount on certain fraud offenses and directed the parties to file additional submissions. The Court heard argument on the government's motion to revoke citizenship.

Section 1451(e), Title 8, United States Code states:

> When a person shall be convicted under section 1425 of Title 18 of knowingly procuring naturalization in violation of law, the court in which such conviction is had shall thereupon revoke, set aside, and declare void the final order admitting such person to citizenship, and shall declare the certificate of naturalization of such person to be canceled. Jurisdiction is conferred on the courts having jurisdiction of the trial of such offense to make such adjudication.

Revocation is mandatory under the plain language of the statute for any person convicted under 18 U.S.C. § 1425(a). The government's motion will be granted. The Clerk will be directed to notify

the Attorney General of the entry of this order, and the defendant will be directed to surrender his certificate of naturalization to the Attorney General.  8 U.S.C. § 1451(f).

Accordingly, it is **ORDERED** that the government's motion to revoke citizenship [dkt. #152] is **GRANTED**.

It is further **ORDERED** that the Clerk of the Court shall **NOTIFY** immediately the Attorney General that this order has been entered and **TRANSMIT** a copy of this order.

It is further **ORDERED** that the defendant Majed Tawbe shall **SURRENDER** his certificate of naturalization to the Attorney General.

It is further **ORDERED** that counsel for the government and defendant shall submit to the Court additional information and legal authority concerning the fraud loss amount as discussed on the record **on or before May 7, 2013**.  The sentence hearing is **ADJOURNED** to **May 21, 2013 at 10:00 a.m**.

s/David M. Lawson  
DAVID M. LAWSON  
United States District Judge

Dated:   April 8, 2013

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 8, 2013.

s/Deborah R. Tofil  
DEBORAH R. TOFIL